TROUTMAN PEPPER LOCKE LLP
Brenna J. McGill (SBN 327181)
brenna.mcgill@troutman.com
875 Third Avenue
New York, NY 10022
Telephone: 213.928.9852

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAYRA ROJAS,<br>Plaintiff,<br>vs.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant | Case No. 2:26-cv-03013-JAM-AC<br><br>**<u>SECOND</u> STIPULATION TO EXTEND TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO INITIAL COMPLAINT; ORDER**<br><br>Complaint served: September 18, 2026<br>Current response date: November 6, 2026<br>New response date: December 4, 2026 |

IT IS HEREBY STIPULATED by and between Plaintiff Mayra Rojas ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their respective counsel of record, that:

WHEREAS, on September 5, 2026, Plaintiff filed the Complaint in this Court;

WHEREAS, on September 18, 2026, Plaintiff served Experian by certified mail with the Summons and Complaint;

On October 9, 2026, pursuant to Local Rule 144(a), the Parties stipulated to extend Experian's deadline to respond to the Complaint by 28 days to November 6, 2026. Dkt. No. 5;

WHEREAS, to continue settlement discussions, Plaintiff and Experian hereby stipulate that Experian shall have an additional 28 days, up through and including December 4, 2026, to answer, object, or otherwise respond to Plaintiff's Complaint; and

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, Plaintiff and Experian hereby stipulate and agree to extend the time for Experian to answer, object, or otherwise respond to Plaintiff's Complaint, up through and including December 4, 2026.

Dated: November 6, 2026

Respectfully submitted,

TROUTMAN PEPPER LOCKE LLP

By: */s/ Brenna J. McGill*
Brenna J. McGill

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: November 6, 2026

Respectfully submitted,

LAW OFFICES OF SCOTT FERRELL

By: */s/ Scott Ferrell*
Scott Ferrell

Attorney for Plaintiff Mayra Rojas

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, I electronically submitted the foregoing document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in the above-referenced matter.

By: *<u>/s/ Brenna J. McGill</u>*
Brenna J. McGill

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAYRA ROJAS,<br>Plaintiff,<br>vs.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | Case No. 2:26-cv-03013-JAM-AC<br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

Based on the stipulation of the parties, Experian Information Solutions, Inc. shall have an additional 28 days, up to and including **December 04, 2026**, to answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: November 06, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE